1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

11
12
13
14
15
16

LANITA M. PHILLIPS,

              Plaintiff,

    v.

CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration,

              Defendant.

CASE NO. 14-cv-05259 RBL

ORDER ADOPTING REPORT AND RECOMMENDATION

17      The Court, having reviewed the Report and Recommendation of Judge J. Richard

18 Creatura, United States Magistrate Judge, on Defendant's Stipulated Motion for Remand (ECF

19 No. 25), and the relevant record, does hereby find and ORDER:

20    (1)    The Court adopts the Report and Recommendation.

21    (2)    The matter is REVERSED and REMANDED pursuant to sentence four of 42

22           U.S.C. § 405(g) to the Administration for further consideration consistent with the

23           Report and Recommendation (ECF No. 26); and

24

1  (3) The Clerk is directed to enter Judgment and close this case.

2  Dated this 2nd day of October, 2014.

*[signature: Ronald B. Leighton]*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE